UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MARIA VAZQUEZ and MARIA
CAMPOVERDE,

        Plaintiffs,

v.

J&J BEAUTY NAIL INC. d/b/a JJ FINE
NAILS, YINCI SHI, and QINGFENG FU,

        Defendants.
-----------------------------------------------------------x

CASE NO. 15 CIV. 822

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/16
```

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party. This Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

Dated: New York, New York
      March 21, 2016

For the Plaintiffs:
JOSEPH & KIRSCHENBAUM

By: _____
Denise A. Schulman
Attorneys for Plaintiffs
32 Broadway, Suite 601
New York, New York 10004

For the Defendants:
HANG & ASSOCIATES, PLLC

By: _____
Jian Hang, Esq.
Attorneys for Defendants
136-18 39th Avenue, Suite 1003
Flushing, NY 11354

*I have reviewed the settlement agreement and find it to be fair and reasonable.*

So Ordered

_____
Hon. James C. Francis IV (U.S.M.J.)
3/22/16

2